UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **STEPHEN EDWARD CALDWELL, *et al.*,**<br>Plaintiffs,<br>vs.<br>**MARKWAYNE MULLIN, *et al.*,**<br>Defendants. | **2:26-CV-11594-TGB-CI**<br>HON. TERRENCE G. BERG<br>**ORDER EXTENDING SERVICE** |

A Petition for Writ of Mandamus was filed on May 14, 2026 (ECF No. 1). Summonses were issued on August 25, 2026 (ECF No. 2). Because summonses were issued more than 90 days after the filing of the Petition,

**IT IS ORDERED** that the time limit for Plaintiffs to complete service of the Summonses and Petition upon Defendants in this matter is extended for an additional 90 days from August 25, 2026, to and including November 23, 2026.

SO ORDERED.

Dated: August 25, 2026

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE